IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2799

JEFFREY N. GRANT, FORMER
HUSBAND,

      Appellant,

v.

DARLA GRANT (N/K/A
DARLA  MORGAN), FORMER
WIFE,

      Appellee.

_____/

Opinion filed December 2, 2014.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Kristin Adamson, Tallahassee, for Appellant.

Scott W. Smiley, of Thompson, Crawford & Smiley, Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, C.J., VAN NORTWICK, and SWANSON, JJ., CONCUR.